IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR215 |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY COOK, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Pursuant to the memorandum opinion entered herein this date,

      IT IS ORDERED that defendant's motion to alter, amend or reconsider judgment pursuant to FRCP 59(e) is denied.

      DATED this 20th day of June, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court