IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:01CR215 |
| v. | ) | |
| TRACY COOK, | ) | ORDER |
| Defendant. | ) | |

Having received a request from the Clemency Project for a copy of the sentencing transcript in the above matter,

IT IS ORDERED that the clerk of court may furnish said document to the requesting party upon receipt of payment in advance. The requesting party shall treat said document as other documents received; and the sentencing transcript shall not be disclosed or provided to the client. The sentencing transcript will be destroyed upon conclusion of the representation of Tracy A. Cook. Members of Clemency Project 2014 who have received a copy of the sentencing transcript also agree to destroy copies upon completion of their review of the case.

DATED this 19th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court