IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR215 |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY COOK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for copies (Filing No. 162), filed on September 2, 2016. Defendant was advised of the cost of the copies on September 12, 2016. To date, payment has not been received. Accordingly,

IT IS ORDERED that defendant's motion for copies is denied without prejudice.

DATED 21st day of October, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court